Craig BURRIS, Plaintiff–Appellant,

v.

**CLERK, BALTIMORE COUNTY CIRCUIT COURT, Defendant–Appellee.**

No. 15–7993.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2016.

Decided: May 20, 2016.

Craig Burris, Appellant Pro Se.

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig Burris appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Burris v. Clerk, Balt. Cty. Cir. Ct.,* No. 1:15–cv–03006–RDB (D.Md. Dec. 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-gument would not aid the decisional process.

*AFFIRMED.*